UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER FOMBY,<br><br>    Plaintiff,<br><br> v.<br><br>TEMCO LOGISTICS,<br><br>    Defendant. | Case No. 23-cv-05022-SK<br><br>**ORDER TO SHOW CAUSE** |

  In September 2023, Plaintiff Christopher Fomby, proceeding pro se, filed this action along with an application to proceed *in forma pauperis*. (Dkt No. 1.) On October 3, 2023, the Court granted the *in forma pauperis* application but, upon screening the complaint, determined that Plaintiff's complaint failed to comply with Federal Rule of Civil Procedure 8. (Dkt. No. 4.) The Court gave leave to Plaintiff to file an amended complaint by December 5, 2023. To date, Plaintiff has not filed an amended complaint.

  The Court has a full caseload and does not have time to manage this case for Plaintiff. Plaintiff must prosecute this case diligently. Accordingly, Plaintiff is hereby ORDERED to Show Cause in writing, by no later than January 31, 2024, as to why the Court should not issue a report and recommendation to a district judge that this case should be dismissed for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff should include as an exhibit any proposed amended complaint he wishes to file. Plaintiff is admonished that if no response if filed by this deadline, the Court will issue a report and recommendation without further notice.

  In light of the foregoing, the initial case management conference scheduled for January 8, 2024, is vacated. The Court will reset the conference pending Plaintiff's compliance with this Order to Show Cause.

/ / /

**IT IS SO ORDERED**.

Dated: January 3, 2024

_____
SALLIE KIM
United States Magistrate Judge